UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:                          CHAPTER 13 NO: 07-44507-PHB

STEVEN BERNT DAHL
PO BOX 691
SOUTH PRAIRE, WA 98385

SSN XXX-XX-8330               SSN:
                     Debtor(s)        Judge Philip H. Brandt

## TRUSTEE'S FINAL REPORT AND ACCOUNT

David M Howe, Trustee for the above case, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302(b)(1).
The case was DISMISSED AFTER CONFIRMATION.

   1. The case was filed on 12/27/2007 and confirmed on 08/05/2008. The final order was signed 11/28/2008.

   2. The amount paid to the Trustee by or on behalf of the debtor(s) was $9,685.00.

   3. The Trustee made disbursements to creditors as follows.

| Creditor Name | Class | Claim Amt | Prin Pd | Int Pd | Bal Due |
|---|---|---|---|---|---|
| AMERICAS SERVICE COMPANY | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BANANA REPUBLIC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BASS & ASSOCIATES | UNSECURED | 4,005.19 | 0.00 | 0.00 | 0.00 |
| BASS & ASSOCIATES | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| BAY AREA CS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BISHOP WHITE MIERSMA MARSHALL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BON MARCHE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMPBELL DILLE BARNETT | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SVC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE HOME FINANCE | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE MANHATTAN MTG | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHEVRON PRODUCTS COMPANY | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| COMCAST | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CORPORATE RECEIVABLES INC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| DECTECTIVE ACADEMY | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER CARD SERVICES | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | UNSECURED | 17,093.73 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | 1,784.13 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | 6,547.08 | 0.00 | 0.00 | 0.00 |
| EMPORIUM | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANKLIN CREDIT MANAGEMENT | SECURED | 19,300.40 | 0.00 | 0.00 | 19,300.40 |
| FRANKLIN CREDIT MANAGEMENT | SECURED | 0.00 | 4,777.91 | 0.00 | 0.00 |
| FRANKLIN CREDIT MGMT CORP | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| GE MONEY BANK | UNSECURED | 2,014.15 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM INC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

FILED ECF JAN 0 8 2009 DAVID M HOWE TRUSTEE

CHAPTER 13 CASE NO: 07-44507-PHB

| Creditor Name | Class | Claim Amt | Prin Pd | Int Pd | Bal Due |
|---|---|---|---|---|---|
| KROGER CORP COLL DEPT | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| LARSEN SIGN COMPANY | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MBNA AMERICA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MONEYTREE INC | UNSECURED | 344.86 | 0.00 | 0.00 | 0.00 |
| MT RAINER NATIONAL BANK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MT RAINIER NATIONAL BANK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | UNSECURED | 537.41 | 0.00 | 0.00 | 0.00 |
| NES | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST TRUSTEE SERVICE | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| PACIFIC NW COLLECTIONS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PACIFIC NW COLLECTIONS | UNSECURED | 107.77 | 0.00 | 0.00 | 0.00 |
| PAYETTE STILL | PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| PIERCE COUNTY TREASURER | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PIERCE COUNTY TREASURER | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PUGET SOUND COLLECTIONS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PUGET SOUND COLLECTIONS | UNSECURED | 223.47 | 0.00 | 0.00 | 0.00 |
| PUGET SOUND ENERGY | UNSECURED | 1,086.54 | 0.00 | 0.00 | 0.00 |
| PULMONARY CONSULTANTS | UNSECURED | 939.00 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | UNSECURED | 10,448.14 | 0.00 | 0.00 | 0.00 |
| ROSICKI ROSICKI & ASSOC PC | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| ROUTH CRABTREE OLSEN PS | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| SABA & ASSOCIATES | UNSECURED | 127.05 | 0.00 | 0.00 | 0.00 |
| SUPPORT ENFORCEMENT DIVISION | PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| THD/CBUSA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| TRAVIS A GAGNIER ATTY | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STATES TREASURY | PRIORITY | 19,647.33 | 0.00 | 0.00 | 19,647.33 |
| UNITED STATES TREASURY | UNSECURED | 75,247.71 | 0.00 | 0.00 | 0.00 |
| US BANK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | UNSECURED | 1,728.60 | 0.00 | 0.00 | 0.00 |
| WATCON | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTERN WHOLESALE SUPPLY | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

4. Summary of Disbursements

| | SECURED | PRIORITY | UNSECURED | INTEREST | TOTAL |
|---|---|---|---|---|---|
| PAID TO CREDITORS | 4,777.91 | 0.00 | 0.00 | 0.00 | 4,777.91 |

5. Cost of Administration:

The debtor's attorney was paid $4,158.77 through the plan and $910.00 direct by debtor. Filing fee was paid $0.00 direct and $274.00 through the plan.

The Trustee was paid $459.32 pursuant to 11 U.S.C 1302.
Total refunds to the debtor $15.00.

| | | | |
|---|---|---|---|
| Paid to Creditors | $4,777.91 | | |
| Administration Costs | $4,892.09 | | |
| Refunds | $15.00 | Total Receipts | |
| Total | $9,685.00 - | $9,685.00 | = $0.00 |

Wherefore the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the case, and grants such other relief as may be just and proper.

Dated: January 08, 2009                          /s/ David M Howe
                                                 David M Howe, Chapter 13 Trustee

cc:   TRAVIS A GAGNIER ATTY
      33507 NINTH AVE S BLDG F
      PO BOX 3949
      FEDERAL WAY, WA  98063-3949